Argued and submitted March 24, on appeal, modified; affirmed as modified; affirmed on cross-appeal April 26, 1989

In the Matter of the Marriage of

O'DAY,
*Respondent - Cross-Appellant,*
*and*

O'DAY,
*Appellant - Cross-Respondent.*

(CV 87-0752; CA A49659)

772 P2d 451

Robert G. Ringo, Corvallis, argued the cause for appellant - cross-respondent. On the brief were Patrick L. Hadlock and Ringo & Stuber, P.C., Corvallis.

Ronald L. Marek, Corvallis, argued the cause and filed the brief for respondent - cross-appellant.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Wife appeals a dissolution judgment and challenges the trial court's spousal support award of "$400 per month from April to December, 1988; $300 per month beginning December, 1988, and each year successively $200 and $100 per month ending December, 1991." On *de novo* review, we conclude that spousal support for 1991 should be $200 per month, and that it should continue at that level, ending in December, 1993.

Husband cross-appeals the property division, and we affirm on the cross-appeal.

On appeal, judgment modified to award wife spousal support of $200 per month for 1991, 1992 and 1993, ending in December, 1993; affirmed as modified; affirmed on cross-appeal. Costs to wife on appeal and cross-appeal.